IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SOLOMON K. CHIJIOKE-UCHE,[1] : | CIVIL ACTION |
| : | NO. 20-216 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| GENERAL MOTORS, et al., : | |
| : | |
| Defendants. : | |

**O R D E R**

**AND NOW**, this **3rd** day of **August, 2022,** after considering Defendants' motions for summary judgments (ECF Nos. 44, 46) and the responses thereto, as well as Plaintiff's cross-motions for summary judgment (ECF Nos. 47, 48) and the responses and replies thereto, it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum, as follows:

1. Chapman Chevrolet, LLC's ("Chapman Chevrolet") motion for summary judgment (ECF No. 44) is **GRANTED**;

2. Plaintiff's cross-motion for summary judgment against Chapman Chevrolet (ECF No. 47) is **DENIED**;

---

[1]  The docket incorrectly lists Plaintiff's name as "Solomon Jeffrey K. Chijioke-Uche." The docket shall be updated to correctly list Plaintiff's name as "Jeffrey Solomon K. Chijioke-Uche."

1

3. General Motors, LLC's ("General Motors") motion for summary judgment (ECF No. 46) is **GRANTED in part** and **DENIED in part**. The motion is **GRANTED** with respect to Plaintiff's Unfair Trade Practices and Consumer Protection Law claim, and **DENIED** with respect to Plaintiff's claims for breach of warranty and violations of the Magnuson-Moss Warranty Improvement Act;

4. Plaintiff's cross-motion for summary judgment against General Motors (ECF No. 48) is **DENIED**;

5. Chapman Chevrolet's cross-claim against General Motors for indemnification is **DISMISSED**;

6. Chapman Chevrolet is **DISMISSED** from this action.

**AND IT IS SO ORDERED.**

>                    */s/ Eduardo C. Robreno*
>                    **EDUARDO C. ROBRENO, J.**